429 A.2d 106

Commonwealth ex rel. Pope v. Pope.

Appeal of Mary M. Pope.

Submitted December 6, 1979. Patricia Burke Henss, for appellant; Chester C. Corse, Jr., for appellee.

Before BROSKY, WICKERSHAM and ROBERTS, JJ.*

Order affirmed.

429 A.2d 106

Blain et vir., Appellants, v. Rendulic.

Argued November 15, 1979. John Daley, for appellants; Thomas F. Weis, for appellee.

Before CERCONE, P. J., and MONTGOMERY and LIPEZ, JJ.

Affirmed.

* Justice Samuel J. Roberts of the Supreme Court of Pennsylvania, is sitting by designation.